

LAW OFFICES
**Maxwell & Barke** LLC
51 Monroe Place · Suite 806 · Rockville · MD 20850

FILED
MAR 24 2008

March 20, 2008

Clerk of the Court
United States District Court
    for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:  William Lee vs. Savage Mill 2000, LLC,
         Case No. AMD 08CV0158

Dear Madam or Sir:

    We filed a First Amended Complaint for Declaratory and Injunctive Relief electronically yesterday. Enclosed please find a summons in the above referenced case, please re-issue the enclosed summons and return to me for service in the enclosed envelope.

    Thank you in advance for your assistance in this matter.

                            Very truly yours,

                            Danielle Delaney
                            Legal Assistant

Enclosure

Telephone 301.309.8300 · Telecopier 301.309.8303 · www.maxlaw.us