UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

William Lee

    Plaintiff,

vs.                                  Case No. AMD 08 CV 0158

Savage Mill LLLP

    Defendant

NOTICE OF SETTLEMENT

Plaintiff herewith files this Notice of Settlement of the above captioned case.  Presently, the parties are circulating for signature a comprehensive settlement agreement, which the parties expect to be signed within the next 14 days.  Plaintiff hereby requests the entry of a Rule 111 Order, dismissing the case **without prejudice**, for a period of 45 days, and that provides each party the right to re-open the case for good cause should settlement not be consummated. .

Respectfully submitted,
/s/ Joel R. Zuckerman
Joel R. Zuckerman
Attorney # 012730
Maxwell & Barke LLC
51 Monroe Street, Suite 806
Rockville, MD 20850
Telephone:  (301) 309-8300
 Facsimile:   (301) 309-8303
*Attorneys for the plaintiff*

1